ACCEPTED
05-14-00640-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/5/2015 9:42:58 AM
LISA MATZ
CLERK

1/15/2015 8:54:00 AM



FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/5/2015 9:42:58 AM
LISA MATZ
Clerk

Loc._____  Bookin number: 13065606  Audit number: 201427448

# APPOINTMENT OF COUNSEL FOR INDIGENT DEFENDANT

The State of Texas

Vs.

**CRAIG HALTON**

In the 291st Judicial District Court (FU)

**District Court**

**Dallas County, Texas**

| Cause No.: | Offense | LD |
|---|---|---|
| F1371883 | ASSLT FV IMPEDE | F2 |

It appearing that the defendant has executed a sworn statement certifying that he/she is without means to employ counsel and requesting appointment of counsel; the Court finds that the defendant is indigent and hereby appoints:  The Attorney: ALLAN FISHBURN

Phone: 214-761-9170     Alt. Phone: 253-209-6195

Email: ALLANFISHBURN@YAHOO.COM

Address: 211 NORTH RECORD STREET, SUITE 450, LB 15  DALLAS, TX 75202

A practicing attorney of the State to represent the defendant in said case(s).

Signed this 4th day of February, 2015

**JUDGE**

Judge Stephanie Mitchell

IndigentAppointmentRP